**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YOELIN PEREZ-HERRERA<br>a/k/a "SMILEY" | No. 2:26-mj-00280-KFW |

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, David Coflesky, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer with the Federal Bureau of Investigation ("FBI") and have been so assigned since November 2024. I am also a Corporal with the Maine State Police ("MSP") and have been an officer with MSP since about August 2011. During my career, I have investigated drug crimes and violent crimes, among many others. In my current assignment with FBI, I am a member of the Safe Streets Gang Task Force where I continue that work at the federal level.

2. I make this affidavit in support of the requested criminal complaint and accompanying arrest warrant. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers, other agents, and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested complaint and warrant.

## PROBABLE CAUSE

3. I know from my participation in this investigation that, for the past several years, FBI and its law enforcement partners have been investigating the activities of the Trinitario street gang in Maine as well as other Dominican based drug trafficking organizations (D-DTOs). The Trinitarios are a criminal organization comprised of predominantly men of Dominican descent. They have significant operations—to include drug trafficking and associated violence—in Northern Massachusetts. D-DTOs have also matriculated into the state of Maine to conduct significant illegal drug trafficking operations. At times, the Trinitario street gang will work in unison with other D-DTOs, and at other times, two factions will be rivals regarding illegal drug trafficking. Maine has seen a dramatic increase in gang and drug violence over the past 18 months as a direct result of the incursion into the state by the Trinitarios and other D-DTOs.

4. As detailed below, there is probable cause to believe that the defendant, YOELIN PEREZ-HERRERA a/k/a "SMILEY," is a drug trafficker associated with a drug trafficking organization.

### A. Information Provided by CD-1

5. I know from my participation in witness preparation for federal grand jury testimony with a cooperating defendant ("CD-1"[1]) in May of 2026, that CD-1 advised that they had information regarding current drug distribution into Maine. In substance,

---

[1] CD-1 has committed federal crimes, including crimes involving the unlawful procurement of firearms for known Trinitarios, and is cooperating with law enforcement and the United States Attorney's Office, in the hopes of receiving consideration in their case. Information provided by CD-1 has been corroborated by, among other things, physical and electronic surveillance, and has been deemed reliable.

CD-1 had a "plug[2]", who transported approximately 500-1000 grams of drugs into Maine every Friday. At a continuation of the meeting with CD-1 on about May 13, 2026, CD-1 informed the government that their plug, "SMILEY," later determined to be the defendant, YOELIN PEREZ-HERRERA, supplied CD-1 with both fentanyl and cocaine. CD-1 stated that on one occasion, SMILEY provided CD-1 with approximately 6-9 "sticks[3]" of fentanyl (i.e., 60-90 grams). Prior to obtaining drugs through SMILEY, CD-1 had been supplied by a male known to him as "MAICOL SOTO," whom CD-1 had been advised was SMILEY'S brother.

6. CD-1 further informed that SMILEY distributed drugs to many customers in the Oxford County area, and that he would drop-off the drugs in random locations for his customers to go locate later. Unlike SOTO who would commonly stay with drug users at their residences, SMILEY was much more mobile in his drug distribution techniques.

7. CD-1 further advised that SMILEY had recently been in contact with CD-1, attempting to sell CD-1 two "sticks" of fentanyl and two ounces of cocaine for the price of $1000.00 total. CD-1 provided a contact number ending in 9442, which CD-1 stated was used by SMILEY (the "SMILEY Phone"), as well as a Facebook profile and CashApp used by SMILEY.

---

[2] I know from my training and experience that a "plug" is an individual who is a source of supply for drugs.

[3] I know from my training and experience that a "stick" of fentanyl or heroin denotes a 10-gram increment of the drug, often pressed into a cylindrical shape (hence the name "stick") also commonly referred to as a "finger" for the same reason.

**B. PEREZ-HERRERA Phone Ping and Pen Register**

8. In part using information provided by CD-1, I obtained warrants allowing me to collect geolocation and pen register data on the SMILEY Phone. I have analyzed the data returned from those warrants, from which I learned that the SMILEY Phone regularly traveled to Maine from Massachusetts, including a number of short-duration trips originating in Lawrence, Massachusetts (a known drug source city) and terminating in Otisfield, Maine, before returning to the Lawrence area that same day.

9. Pen register data revealed that the SMILEY Phone frequently communicated with phone numbers associated with known drug users from Maine. The number one contact of the SMILEY Phone during the initial warrant period was a Maine number ending in 8342, a number associated with PATRICK VALERI, a known drug user associated with the address of 154 Peaco Hill Road in Otisfield.

10. Another top contact of the SMILEY Phone during the period of interception was a number ending in 0732. This number is known to investigators as being associated with a known member of the Trinitarios street gang who had previous involvement in the trafficking of narcotics from Massachusetts to Maine.

**C. Controlled Purchases from PEREZ-HERRERA**

11. Using a Confidential Human Source ("CHS-1"), FBI conducted controlled drug purchases from PEREZ-HERRERA on multiple occasions, including as detailed in the chart below. FBI followed its standard procedures in conducting these controlled buys: CHS-1 was outfitted with pre-recorded buy money, the buys were surveilled by FBI agents and other law enforcement personnel, and CHS-1 was equipped with video and audio recording and transmitting equipment. In each instance, CHS-1 recovered the drugs directly from PEREZ-HERRERA. Except as otherwise noted, the drugs obtained

from PEREZ-HERRERA were analyzed by the DEA laboratory and confirmed to be the controlled substance listed in the amount listed:

| Date | Drug Type Purchased | Amount |
|---|---|---|
| July 16, 2026 | Fentanyl | 149.4 g TPW |
| July 23, 2026 | Fentanyl<br>Methamphetamine | 152.75 g TPW<br>114.50 g TPW |
| July 29, 2026 | Fentanyl<br>Methamphetamine | 344.7 g TPW<br>259.45 g TPW |
| August 13, 2026 | Fentanyl<br>Methamphetamine | 313 g TPW<br>54.95 g TPW |
| August 24, 2026<br>(Results Pending) | Fentanyl<br>Methamphetamine | 186.2 g TPW<br>476 g TPW |

12. I know from my involvement in this investigation that DEA agents based in Massachusetts assisted FBI with surveillance efforts leading up to the controlled purchase on about August 13, 2026; specifically, DEA agents surveilled PEREZ-HERRERA in Massachusetts prior to him traveling to Maine, associating him with an address in Haverhill, Massachusetts.

13. Immediately following the August 13 controlled purchase, FBI personnel surveilled PEREZ-HERRERA pulling into the driveway of 154 Peaco Hill Road in Otisfield, an address associated with PATRICK VALERI as described above. In addition to physical surveillance, FBI observed PEREZ-HERRERA's arrival at 154 Peaco Hill Road on a pole camera which had been installed across the road in order to observe the driveway of the property.

14. I have reviewed the pole camera footage of PEREZ-HERRERA arriving at 154 Peaco Hill Road, from which I learned that, shortly after PEREZ-HERRERA's arrival, an individual exited the residence and got into the passenger seat of PEREZ-HERRERA's rental vehicle. After approximately five minutes the individual exited the vehicle and returned to the residence, at which time PEREZ-HERRERA backed out of the driveway and began his return trip to Massachusetts. During this interaction in the driveway, the cellphone pings associated with the SMILEY Phone generated geolocation location information indicating that it was present in the vicinity of 154 Peaco Hill Road, consistent with prior trips made by the SMILEY Phone described above, as reflected by previously collected geolocation information.

## CONCLUSION

I respectfully submit, based on the facts set forth above, that probable cause exists to charge the defendant, YOELIN PEREZ-HERRERA , by Criminal Complaint with the offenses of conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1). I respectfully request that the accompanying Criminal Complaint be issued.

David Coflesky
Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Sep 09,2026

Judge's signature

City and state: Portland, Maine

David M. Cohen, U.S. Magistrate Judge
Printed name and title